UNITED STATES of America

v.

Diodayan LEDESMA–CUESTA,
Appellant.

No. 13–3041.

United States Court of Appeals,
Third Circuit.

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and
I.O.P. 10.6 Aug. 1, 2013.

Filed: Aug. 15, 2013.

Joan E. Burnes, Esq., Robert K. Reed, Esq., Office of United States Attorney, Philadelphia, PA, for United States of America.

Diodayan Ledesma–Cuesta, Otisville FCI, Otisville, NY, pro se.

Before: FUENTES, FISHER and VANASKIE, Circuit Judges.

OPINION

PER CURIAM.

Diodayan Ledesma–Cuesta appeals an order denying his 28 U.S.C. § 1651 petition. We have jurisdiction pursuant to 28 U.S.C. § 1291. Having dealt with near-identical appeals from Ledesma–Cuesta in the recent past, we will summary affirm for substantially the same reasons discussed in our August 2012 opinion. *See United States v. Ledesma–Cuesta,* 476 Fed.Appx. 412, 412 (3d Cir.2012) (nonprecedential per curiam); *see also* 3d Cir. L.A.R. 27.4; 3d Cir. I.O.P. 10.6. To the extent that Ledesma–Cuesta relies on *Kessack v. United States,* No. C05–1828Z, 2008 WL 189679, 2008 U.S. Dist. LEXIS 7739 (W.D.Wash. Jan. 18, 2008), we have previously declined to follow that case, and the Ninth Circuit has explicitly rejected its outcome. *See United States v. Gamboa,* 608 F.3d 492, 495 (9th Cir.2010) (explaining that *Kessack* is "contrary to the law of [the Ninth] Circuit"); *Massey v. United States,* 581 F.3d 172, 174 n. 2 (3d Cir.2009) (per curiam).